UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TODD M. ELISAR

VERSUS

CROSSTEX ENERGY SERVICES, L.P.

Civil Action No.

3:14-cv-00007-SDD-RLB

## ORDER

**CONSIDERING** the *Stipulation of Dismissal With Prejudice*[1] filed by the Parties in the above captioned matter;

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice and each party to bear its own costs.

Baton Rouge, Louisiana the 16 day of September, 2014.

*Shelly Dick*
_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.